**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RYAN and LAURA ALINGER,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**LIBERTY INSURANCE CORPORATION,**<br><br>    **Defendant.** | Case No. 17-cv-00405-TCK-JFJ |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs Ryan and Laura Alinger ("Plaintiffs"), by and through their counsel of record Scott L. Tully of Tully Law Firm, and Defendant Liberty Insurance Corporation, by and through its counsel of record, William W. O'Connor and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiffs' claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Dated:   July 26, 2018

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**

By:   *s/William W. O'Connor*
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
Email:  boconnor@hallestill.com
Email: mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT,
LIBERTY INSURANCE COROPRATION**

-and-

**TULLY LAW FIRM**

<u>*s/Scott L. Tully*\*</u>
Scott L. Tully
P.O. Box 2141
Broken Arrow, OK 74013
Telephone: (918) 872-8800
Facsimile: (866) 224-2303
scott@tullylawfirm.net

**ATTORNEYS FOR PLAINTIFFS**

\* *Signed by filing counsel with permission of Plaintiffs' counsel.*